RALPH E. PRIME et al., Respondents, *v.* THE CITY OF YONKERS, Appellant.

*Prime* v. *City of Yonkers*, 131 App. Div. 110, affirmed.
(Argued June 9, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 9, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover damages to real property alleged to have been caused by defendant's interference with the flow of a stream.

*Thomas F. Curran, Corporation Counsel (John F. Brennan* of counsel), for appellant.

*Henry Bacon* and *Ralph Earl Prime, Jr.,* for respondents.

Judgment affirmed, with costs, on opinion of JENKS, J., below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN WERNER, WILLARD BARTLETT and CHASE, JJ.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GROVER C. POOLE, Appellant.

*People* v. *Poole*, 127 App. Div. 122, affirmed.
(Argued June 9, 1910; decided September 27, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1908, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of murder in the second degree, and also affirmed an order denying a motion for a new trial.

*Charles E. Le Barbier* for appellant.

*Franklin A. Coles, District Attorney,* for respondent.

Judgment of conviction affirmed ; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.